Jordan S. Stanzler (State Bar No. 054620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER LAW GROUP
2275 East Bayshore Road
Palo Alto, CA 94303
Telephone: (650) 739-0200
Facsimile: (650) 739-0916

Attorneys for Plaintiff Israel Aerospace Industries, Ltd.

Lawrence James Less, Esq.
LESS & WEAVER
1388 Sutter Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 398-9800
Facsimile: (415) 989-0841

Attorneys for Defendant Airweld, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL AEROSPACE INDUSTRIES, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AIRWELD, INC., <br><br> Defendant. | Case No. 2:11-CV-00887-WBS-CMK <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING (1) A SIXTY (60)-DAY EXTENSION OF TIME FOR DEFENDANT AIRWELD, INC. TO PROVIDE SETTLEMENT PAYMENT; AND (2) CONTINUING THE SCHEDULING CONFERENCE** <br><br> Courtroom: 5 <br> Judge: Honorable William B. Shubb <br><br> Complaint Filed: April 1, 2011 |

Pursuant to the Status Conference Statement filed by Defendant Airweld, Inc. on February 20, 2013, the parties to this action, Plaintiff Israel Aerospace Industries, Ltd. and Defendant Airweld, Inc., by and through their attorneys of record, hereby stipulate to the following:

1. A sixty (60)-day extension of time for Defendant Airweld, Inc. to provide the settlement payment to Plaintiff Israel Aerospace Industries, Ltd. in the amount of $33,049.00 originally due on or before February 15, 2013 to April 16, 2013; and

1    2.   A continuation of the scheduling conference now set for March 4, 2013 to May 13,
2  2013 at 2:00 p.m. to allow the parties to complete the settlement.

**IT IS SO STIPULATED**:

Dated: February 23, 2013                               LESS & WEAVER

                                                       By: __/s/_____
                                                       Lawrence James Less, Esq.
                                                       Attorneys for Defendant Airweld, Inc.


Dated: February 22, 2013                               STANZLER LAW GROUP

                                                       By: __/s/_____
                                                       Jordan S. Stanzler
                                                       Attorneys for Plaintiff Israel Aerospace
                                                       Industries, Ltd.


**IT IS SO ORDERED**

DATED:  February 26, 2013

                            _____
                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
- 2 -