LAWRENCE JAMES LESS, ESQ. (SBN 77168)
**LESS & WEAVER**
ATTORNEYS AT LAW
SUTTER PLAZA
1388 SUTTER STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94109-5453
TEL 415/398-9800  •  FAX 415/989-0841

Attorney for Defendant
AIRWELD, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL AEROSPACE INDUSTRIES, LTD., )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AIRWELD, INC., )<br>)<br>)<br>Defendant )<br>) | Case No. 2:11-CV-00887-WBS-CMK<br><br>**ORDER RE:  REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:  May 13, 2013<br>Time:  2:00 p.m.<br>Dept:   5<br>Judge:  Honorable William B. Schubb |

The Request of Lawrence James Less, Esq., counsel for Defendant Airweld, Inc. in the above-referenced matter has been approved allowing counsel to appear by telephone at the Status Conference currently set for May 13, 2013 at 2:00 p.m.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  May 8, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

_____
Proposed Order re: Telephonic Appearance