Jordan S. Stanzler (SBN 054620)
Jeffrey M. Curtiss (SBN 154610)
STANZLER LAW GROUP
2275 East Bayshore Road
Palo Alto, CA  94303
Telephone:  (650) 739-0200
Facsimile:  (650) 739-0916

Attorneys for Plaintiff
Israel Aerospace Industries Ltd.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISRAEL AEROSPACE INDUSTRIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AIRWELD, INC., <br><br> Defendant. | Case No. No. Civ. 2:11-00887-WBS-CMK <br><br> **ORDER RE PLAINTIFF ISRAEL AEROSPACE INDUSTRIES, LTD.'S REQUEST FOR TELEPHONIC APPEARANCE** <br><br> **Date:  May 13, 2013** <br> **Time:  2:00 pm** <br> **Courtroom 5** <br> **Judge:  Hon. William B. Schubb** |

The request of Jordan S. Stanzler, Esq., counsel for Plaintiff Israel Aerospace Industries, Ltd. in the above-entitled action, to appear telephonically for the Status Conference currently scheduled for May 13, 2013 at 2:00 p.m. has been approved.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: May 9, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -
[Proposed] Order re Request for Telephonic Appearance