Jordan S. Stanzler (State Bar No. 054620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER LAW GROUP
2275 East Bayshore Road
Palo Alto, CA 94303
Telephone: (650) 739-0200
Facsimile: (650) 739-0916

Attorneys for Plaintiff Israel Aerospace Industries, Ltd.

Lawrence James Less, Esq.
LESS & WEAVER
1388 Sutter Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 398-9800
Facsimile: (415) 989-0841

Attorneys for Defendant Airweld, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL AEROSPACE INDUSTRIES, LTD.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AIRWELD, INC.,<br><br>　　　　　Defendant. | Case No. 2:11-CV-00887-WBS-CMK<br><br>**STIPULATED JUDGMENT**<br><br>Courtroom:　5<br>Judge:　　　Honorable William B. Shubb<br><br>Complaint Filed: April 1, 2011 |

　　　The parties to this action, Plaintiff Israel Aerospace Industries, Ltd. and Defendant Airweld, Inc., by and through their attorneys of record, stipulate and agree that Judgment is hereby entered in favor of Plaintiff Israel Aerospace Industries, Ltd. against Defendant Airweld, Inc. in the sum of $33,049.00.

1  **IT IS SO STIPULATED**.

4  Dated: June 6, 2013                                    LESS & WEAVER

6                                                         By: /s/Lawrence James Less
                                                              Lawrence James Less, Esq.
7                                                             Attorneys for Defendant Airweld, Inc.

10 Dated: June 5, 2013                                    STANZLER LAW GROUP

12                                                        By: /s/Jordan S. Stanzler
                                                              Jordan S. Stanzler
13                                                            Attorneys for Plaintiff Israel Aerospace
                                                              Industries, Ltd.

16 **IT IS SO ORDERED**:

17 Dated:   June 14, 2013

19 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

STIPULATED JUDGMENT
- 2 -