1  Jordan S. Stanzler (State Bar No. 054620)
   Jeffrey M. Curtiss (SBN 239199)
2  STANZLER LAW GROUP
   2275 East Bayshore Road
3  Palo Alto, CA 94303
   Telephone: (650) 739-0200
4  Facsimile: (650) 739-0916

5  Attorneys for Plaintiff Israel Aerospace Industries, Ltd.

6  Lawrence James Less, Esq.
   LESS & WEAVER
7  1388 Sutter Street, Suite 800
   San Francisco, CA 94109
8  Telephone: (415) 398-9800
   Facsimile: (415) 989-0841
9
   Attorneys for Defendant Airweld, Inc.
10

11
                    UNITED STATES DISTRICT COURT
12
             IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14 | ISRAEL AEROSPACE         ) Case No. 2:11-CV-00887-WBS-CMK
   | INDUSTRIES, LTD.,        )
15 |                          ) **STIPULATED JUDGMENT**
   |       Plaintiff,         )
16 |                          ) Courtroom:  5
   |   vs.                    ) Judge:      Honorable William B. Shubb
17 |                          )
   | AIRWELD, INC.,           ) Complaint Filed: April 1, 2011
18 |                          )
   |       Defendant.         )
19 |                          )
   |_____)
20

21     The parties to this action, Plaintiff Israel Aerospace Industries, Ltd. and Defendant Airweld,

22 Inc., by and through their attorneys of record, stipulate and agree that Judgment is hereby entered in

23 favor of Plaintiff Israel Aerospace Industries, Ltd. against Defendant Airweld, Inc. in the sum of

24 $33,049.00.

25

26

27

28

---

STIPULATED JUDGMENT

- 1 -

**IT IS SO STIPULATED**.

Dated: June 6, 2013                                       LESS & WEAVER

                                                By: /s/Lawrence James Less
                                                    Lawrence James Less, Esq.
                                                    Attorneys for Defendant Airweld, Inc.

Dated: June 5, 2013                                       STANZLER LAW GROUP

                                                By: /s/Jordan S. Stanzler
                                                    Jordan S. Stanzler
                                                    Attorneys for Plaintiff Israel Aerospace
                                                    Industries, Ltd.

**IT IS SO ORDERED**:

Dated:   June 14, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE